```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSHUA GLEN WORTHAM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00174 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| JOSHUA GLEN WORTHAM, ) | |
| ) | Date: May 1, 2008 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Special Assistant United States Attorney Leslie Monahan, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's May 1, 2008, calendar, that it was continued until May 8, 2008, at 9:00 a.m., and that time should be excluded between May 1, 2008, and May 8, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1    This continuance is sought in order to permit counsel to review
2 discovery, consult with Mr. Wortham regarding alternative courses of
3 action, and to consider what investigation and/or motions might be
4 appropriate.

5    **IT IS SO STIPULATED**.

7 Dated:  April 30, 2008         /s/ Leslie Monahan
                                 LESLIE MONAHAN
8                                Assistant United States Attorney
                                 Counsel for Plaintiff

11 Dated:  April 30, 2008        /s/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
12                               Counsel for Defendant
                                 JOSHUA GLEN WORTHAM

14                           **O R D E R**

16    **IT IS SO ORDERED**.

17  Dated: May 1, 2008

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE