DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSHUA GLEN WORTHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00174-MCE |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | ) ) | |
| JOSHUA GLEN WORTHAM, | ) ) | Date:  May 8, 2008 |
| Defendant. | ) ) | Time:  9:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and among Special Assistant United

States Attorney Leslie Monahan, counsel for Plaintiff, Assistant

Federal Defender Jeffrey L. Staniels, counsel for Defendant JOSHUA GLEN

WORTHAM, that the above case be dropped from this court's May 8, 2008,

calendar, that it be continued until June 5, 2008, at 9:00 a.m., and

that time be excluded between May 8, 2008 and June 5, 2008, pursuant to

18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

///

1        This continuance is sought in order to permit adequate time for

2    discussions of possible resolution and consultation with Mr. Wortham

3    about proposed terms of such a resolution.

4        **IT IS SO STIPULATED.**

5

6    Dated:  May 7, 2008       /s/ Leslie Monahan

7                                      LESLIE MONAHAN
     Assistant United States Attorney
     Counsel for Plaintiff

8

9

10   Dated:  May 7, 2008       /s/ Jeffrey L. Staniels

11                                     Jeffrey L. Staniels
     Assistant Federal Defender
     Counsel for Defendant
     JOSHUA GLEN WORTHAM

12

13

14

15                           **O R D E R**

16

17       **IT IS SO ORDERED.**

18

19   Dated: May 9, 2008

20

21                             MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28