DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSHUA GLEN WORTHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00174 MCE |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| JOSHUA GLEN WORTHAM, ) | |
| Defendant. ) | Date: June 12, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and among Special Assistant United States Attorney Leslie Monahan, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant JOSHUA GLEN WORTHAM, that the above case be dropped from this court's June 12, 2008, calendar, that it be continued until July 24, 2008, at 9:00 a.m., and that time be excluded between June 12, 2008 and July 24, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

///

This continuance is sought in order to permit adequate time for further review of the case, for further discussions of possible resolution of the case and for further consultation with Mr. Wortham about proposed terms of such a resolution.

**IT IS SO STIPULATED.**

Dated: June 10, 2008          /s/ Leslie Monahan
                              LESLIE MONAHAN
                              Assistant United States Attorney
                              Counsel for Plaintiff

Dated: June 10, 2008          /s/ Jeffrey L. Staniels
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              JOSHUA GLEN WORTHAM

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 13, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time       2