UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S. 08-00174 MCE |
| v. | ) | |
| | ) | |
| JOSHUA GLEN WORTHAM | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (X) Ad Prosequendum         ( ) Ad Testificandum

Name of Detainee:   Joshua Glen Wortham
Detained at (custodian): DVI Tracy
Detainee is:    a.)  (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
          charging detainee with: __Possession of Cocaine Base with Intent to Distribute
    or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)  (X) return to the custody of detaining facility upon termination of proceedings
    or  b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

       Signature:       __/s/ Carolyn K. Delaney_____
       Printed Name & Phone No:   _Carolyn K. Delaney (916) 554-2798
       Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
  (X) Ad Prosequendum         ( ) Ad Testificandum

   The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 18, 2008.

                 _____
                 U.S. MAGISTRATE JUDGE

___

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | **Male**   Female |
| Booking or CDC #: | __V-88692_____ | DOB: |
| Facility Address: | DVI Tracy PO Box 400 Tracy, CA 95378 | Race: |
| | _____ | FBI #: |
| Facility Phone: | _____ | |
| Currently Incarcerated For: | _____ | |

___

### RETURN OF SERVICE

Executed on   _____    By: _____
                     (Signature)