```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JOSHUA GLEN WORTHAM
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0174 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| JOSHUA GLEN WORTHAM, ) | |
| ) | Date:  September 17, 2008 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and among Special Assistant United States Attorney Leslie Monahan, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant JOSHUA GLEN WORTHAM, that the above case be dropped from this court's September 17, 2008, calendar, that it be continued until October 2, 2008, at 9:00 a.m., and that time be excluded between September 17, 2008 and October 2, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further time for

review of the case, for further discussions of possible resolution of the case and for further consultation with Mr. Wortham about proposed terms of such a resolution.

**IT IS SO STIPULATED.**

Dated:  September 16, 2008          /s/ Leslie Monahan
                                    LESLIE MONAHAN
                                    Assistant United States Attorney
                                    Counsel for Plaintiff


Dated:  September 16, 2008          /s/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels
                                    Assistant Federal Defender
                                    Counsel for Defendant
                                    JOSHUA GLEN WORTHAM


**O R D E R**

**IT IS SO ORDERED.**


Dated: September 17, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2