DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSHUA GLEN WORTHAM


                    IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,          )   No. 2:08-cr-0174 MCE
                                   )
                    Plaintiff,     )
                                   )   STIPULATION AND ORDER CONTINUING
          v.                       )   CASE AND EXCLUDING TIME
                                   )
JOSHUA GLEN WORTHAM,               )
                                   )   Date:  October 2, 2008
                    Defendant.     )   Time:  9:00 a.m.
                                   )   Judge: Hon. Morrison C. England, Jr.
_____    )

        **IT IS HEREBY STIPULATED** by and among Special Assistant United

States Attorney Leslie Monahan, counsel for Plaintiff, Assistant

Federal Defender Jeffrey L. Staniels, counsel for Defendant JOSHUA GLEN

WORTHAM, that the above case be dropped from this court's October 2,

2008, calendar, that it be continued until October 29, 2008, at 9:00

a.m., and that time be excluded between October 2, 2008 and October 29,

2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

        This continuance is sought in order to permit further time for

review of the case, for further discussions of possible resolution of

the case and for further consultation with Mr. Wortham about proposed

1    terms of such a resolution.

2         **IT IS SO STIPULATED.**

3

4    Dated:  October 1, 2008          /s/ Leslie Monahan
                                      LESLIE MONAHAN
5                                     Assistant United States Attorney
                                      Counsel for Plaintiff
6

7

     Dated:  October 1, 2008          /s/ Jeffrey L. Staniels
8                                     Jeffrey L. Staniels
                                      Assistant Federal Defender
9                                     Counsel for Defendant
                                      JOSHUA GLEN WORTHAM
10

11

12

13                          **O R D E R**

14

15        **IT IS SO ORDERED.**

16

17    Dated: October 2, 2008

18

19                                    _____
                                      MORRISON C. ENGLAND, JR.
20                                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                                      2