DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSHUA GLEN WORTHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA GLEN WORTHAM,<br><br>Defendant.<br>_____ | No. 2:08-cr-00174-MCE<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  October 29, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and among Special Assistant United States Attorney Leslie Monahan, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant JOSHUA GLEN WORTHAM, that the above case be dropped from this court's October 29, 2008, calendar, that it be continued until November 13, 2008, at 9:00 a.m., and that time be excluded between October 29, 2008 and November 13, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

///

///

///

This continuance is sought in order to permit further time for review of the case, completion of discussions of possible resolution of the case and for further consultation with Mr. Wortham about proposed terms of such a resolution.

**IT IS SO STIPULATED.**

Dated:  October 28, 2008        /s/ Leslie Monahan
                                LESLIE MONAHAN
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated:  October 28, 2008        /s/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                JOSHUA GLEN WORTHAM


**O R D E R**

**IT IS SO ORDERED.**

Dated:  October 28, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE