```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JOSHUA GLEN WORTHAM
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0174 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING CASE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| JOSHUA GLEN WORTHAM, ) | |
| ) | Date:  November 13, 2008 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and among Special Assistant United States Attorney Leslie Monahan, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant JOSHUA GLEN WORTHAM, that the above case be dropped from this court's November 13, 2008, calendar, that it be continued until December 11, 2008, at 9:00 a.m., and that time be excluded between November 13, 2008 and December 11, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further time for review of the case, including evaluation of recently provided investigation results, completion of discussions of possible resolution of the case and for further consultation with Mr. Wortham about proposed terms of such a resolution.

**IT IS SO STIPULATED.**

1
2  Dated:  November 12, 2008                /s/ Leslie Monahan
3                                           LESLIE MONAHAN
                                            Assistant United States Attorney
4                                           Counsel for Plaintiff

5
6  Dated:  November 12, 2008                /s/ Jeffrey L. Staniels
                                            Jeffrey L. Staniels
7                                           Assistant Federal Defender
                                            Counsel for Defendant
8                                           JOSHUA GLEN WORTHAM
9
10
11                                **O R D E R**
12
13     **IT IS SO ORDERED.**
14   Dated:  November 14, 2008
15                                           _____
16                                           MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28