DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSHUA GLEN WORTHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00174-MCE |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| JOSHUA GLEN WORTHAM, | ) ) | |
| Defendant. | ) ) ) | Date: December 11, 2008 Time: 9:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| | ) | |

**IT IS HEREBY STIPULATED** by and among Special Assistant United States Attorney Leslie Monahan, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant JOSHUA GLEN WORTHAM, that the above case be dropped from this court's December 11, 2008, calendar, that it be continued until January 15, 2009, at 9:00 a.m., and that time be excluded between December 11, 2008 and January 15, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further time for review of the case, including evaluation of recently provided investigation results, completion of discussions of possible resolution of the case and for further consultation with Mr. Wortham about proposed terms of such a resolution.

///

**IT IS SO STIPULATED.**

Dated:  December 10, 2008          /s/ Leslie Monahan
                                   LESLIE MONAHAN
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

Dated:  December 10, 2008          /s/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   JOSHUA GLEN WORTHAM

**O R D E R**

**IT IS SO ORDERED.**

Dated:  December 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE