1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JOSHUA GLEN WORTHAM
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )  No. 2:08-cr-0174 MCE
                                )
14               Plaintiff,     )
                                )  STIPULATION AND ORDER CONTINUING
15      v.                      )  CASE AND EXCLUDING TIME
                                )
16 JOSHUA GLEN WORTHAM,         )
                                )  Date:  January 15, 2009
17               Defendant.     )  Time:  9:00 a.m.
                                )  Judge: Hon. Morrison C. England, Jr.
18 _____)

19     **IT IS HEREBY STIPULATED** by and among Special Assistant United

20 States Attorney Leslie Monahan, counsel for Plaintiff, Assistant

21 Federal Defender Jeffrey L. Staniels, counsel for Defendant JOSHUA GLEN

22 WORTHAM, that the above case be dropped from this court's January 15,

23 2009, calendar, that it be continued until, February 12, 2009 at 9:00

24 a.m., and that time be excluded between January 15, 2009, and February

25 12, 2009 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-

26 4.

27 ///

28 ///

1  This continuance is sought in order to permit further time for
2  review of the case with Mr. Wortham, other aspects of defense
3  preparation, completion of discussions of possible resolution of the
4  case and for further consultation with Mr. Wortham about proposed terms
5  of such a resolution, as well as alternative ways to proceed.
6  **IT IS SO STIPULATED.**
7
8  Dated: January 14, 2009   /s/ Leslie Monahan
   LESLIE MONAHAN
9  Assistant United States Attorney
   Counsel for Plaintiff
10
11
   Dated: January 14, 2009   /s/ Jeffrey L. Staniels
12 Jeffrey L. Staniels
   Assistant Federal Defender
13 Counsel for Defendant
   JOSHUA GLEN WORTHAM
14
15
16
17                        **O R D E R**
18
   **IT IS SO ORDERED.**
19
20 Dated: January 20, 2009
21
22 _____
   MORRISON C. ENGLAND, JR.
23 UNITED STATES DISTRICT JUDGE
24
25
26
27
28

Stipulation & Order
Continuing Case and Excluding Time     2