```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOSHUA GLEN WORTHAM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-0174 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE AND EXCLUDING TIME |
| | ) | |
| JOSHUA GLEN WORTHAM, | ) | |
| | ) | Date:  February 12, 2009 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and among Special Assistant United States Attorney Leslie Monahan, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant JOSHUA GLEN WORTHAM, that the above case be dropped from this court's February 12, 2009, calendar, that it be continued until, March 5, 2009 at 9:00 a.m., and that time be excluded between February 12, 2009 and March 5, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further defense preparation.  Since the last continuance government counsel has provided additional discovery with respect to a pertinent prior

conviction and has made an offer for resolution of the case.  Mr. Wortham more recently alerted defense counsel to a case recently concluded before this court, which seems to involve a similarly situated defendant, and needs to be discussed between counsel.  In addition, Ms. Monahan is currently in trial so time for discussion with her needs to accommodate her need to focus on that matter.

**IT IS SO STIPULATED**.

Dated:   February 11, 2009        /s/ Leslie Monahan
                                  LESLIE MONAHAN
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated:   February 11, 2009        /s/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  JOSHUA GLEN WORTHAM

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time       2