| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEFFREY L. STANIELS, Bar #91413 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
JOSHUA GLEN WORTHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00174 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE AND EXCLUDING TIME |
| | ) | |
| JOSHUA GLEN WORTHAM, | ) | |
| | ) | Date: March 5, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and among Special Assistant United States Attorney Leslie Monahan, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant JOSHUA GLEN WORTHAM, that the above case be dropped from this court's March 5, 2009, calendar, that it be continued until, April 2, 2009 at 9:00 a.m., and that time be excluded between March 5, 2009 and April 2, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

///

///

| | |
|---|---|
| 1 | This continuance is sought in order to permit completion of |
| 2 | ongoing discussions between counsel concerning terms of an agreement to |
| 3 | resolve the case without trial.  Government counsel is only recently |
| 4 | out of trial and able to evaluate information recently provided to her |
| 5 | with the request that she consider whether to modify terms for |
| 6 | settlement of this case which she had provided to undersigned counsel. |

**IT IS SO STIPULATED.**

Dated: March 4, 2009   /s/ Leslie Monahan
LESLIE MONAHAN
Assistant United States Attorney
Counsel for Plaintiff

Dated: March 4, 2009   /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
JOSHUA GLEN WORTHAM

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE