PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00174-MCE |
| Plaintiff, | STIPULATION TO VACATE PRELIMINARY HEARING AND SET ADMIT/DENY; [~~PROPOSED~~] ORDER |
| v. | |
| JOSHUA GLEN WORTHAM, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate to vacate the Preliminary Hearing, set for February 21, 2017, and set this matter for an Admit/Deny before Judge England on Thursday March 2, 2017, or as soon thereafter as the court is available.

IT IS SO STIPULATED.

Dated: February 21, 2017               PHILLIP A. TALBERT
                                        United States Attorney


                                         /s/ CAMERON L. DESMOND
                                        CAMERON L. DESMOND
                                        Assistant United States Attorney

STIPULATION TO VACATE PRELIMINARY                1
HEARING AND SET ADMIT/DENY

Dated:  February 21, 2017                             /s/ MIA CRAGER
                                                      MIA CRAGER
                                                      Counsel for Defendant
                                                      JOSHUA GLEN WORTHAM


[PROPOSED] ORDER

IT IS SO ORDERED this 21st day of February, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE